[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 229.]

THE STATE EX REL. KIRK, APPELLANT, *v.* OWENS-ILLINOIS, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Kirk v. Owens-Illinois, Inc.*, 1998-Ohio-36.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-41—Submitted September 15, 1998—Decided October 28, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD01-5.

—————————

*Michael J. Muldoon*, for appellant.

*Vorys, Sater, Seymour & Pease, L.L.P.*, and *Theodore P. Mattis*, for appellee Owens-Illinois, Inc.

*Betty D. Montgomery*, Attorney General, and *Steven P. Fixler*, Assistant Attorney General, for appellee Industrial Commission.

—————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————